1  Walter E. Wendelstein - #199003
   wwendelstein@cohenburgelaw.com
2  COHEN & BURGE, LLP
   699 Hampshire Road, Suite 207
3  Thousand Oaks, CA 91361
   Telephone:  (805) 449-4200
4  Facsimilie:  (805) 449-4210

5
   Attorneys for Defendant,
6  IPC SYSTEMS ENGINEERING, INC.

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| SARA G. MELENA, Individually and as Successor-in-Interest to the Estate of JOSE MELENA; ANTONIO MELENA, Individually; ALMA MELENA, Individually; PEDRO MELENA, Individually; SARA MELENA, Individually; EMMA CORTEZ, Individually; and CHRISTINA MELENA, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> WSF INDUSTRIES, INC.; IPC SYSTEMS ENGINEERING, INC.; JOHN BEAN TECHNOLOGIES CORPORATION; JBT FOODTECH MADERA; TECHNICAL, INC.; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO.: <br> CV 13-07321- DDP (AGRx) <br><br> **"DISCOVERY MATTER"** <br><br> NOTICE OF MOTION AND MOTION REGARDING THE SUFFICIENCY OF DISCOVERY OBJECTIONS AND TO COMPEL ANSWERS TO REQUESTS FOR ADMISSION <br> [Fed R. Civ. P. 36(a)(6), 37(a)(5)]; <br><br> Date of Hearing:   5/26/15 <br> Time of Hearing:  10:00 a.m. <br> Courtroom #:        B <br> Hon. Alicia G. Rosenberg |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   Please take notice that on May 26, 2015 at 10:00 a.m., or as soon thereafter as the parties may be heard, Defendant IPC SYSTEMS ENGINEERING, INC. will move this Court, at the United States Courthouse located at 312 North Spring

---

1

NOTICE OF MOTION AND MOTION REGARDING THE SUFFICIENCY OF DISCOVERY OBJECTIONS AND TO  COMPEL ANSWERS TO REQUESTS FOR ADMISSION [Fed R. Civ. P. 36(a)(6), 37(a)(5)];

Street, Los Angeles, CA 90012-4701, Courtroom B, for:

    (a)    An order pursuant to Fed. R. Civ. P. 36(a)(6) determining that Plaintiff's objections to requests for admission are insufficient and compelling Plaintiff to serve answers to requests for admission.

    (b)    An order pursuant to Fed. R. Civ. P. 36(a)(6) and 37(a)(5) awarding to IPC SYSTEMS ENGINEERING, INC. the expenses, including attorney's fees, incurred in preparing and attending this motion.

Defendant IPC SYSTEMS ENGINEERING, INC. has complied with Local Rule 37-1 and Plaintiffs have failed to confer as required by Local Rule 37-1. The declaration required under Local Rule 37-2.4 accompanies this Motion as Exhibit "C".

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Exhibits which include the Declaration of Walter E. Wendelstein, and the pleadings and papers on file in this action.

Dated: April 22, 2015

Respectfully submitted,

/s/ _____
Walter E. Wendelstein
COHEN & BURGE, LLP
Attorneys for Defendant,
IPC SYSTEMS ENGINEERING, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 23, 2015, I caused the forgoing document, **NOTICE OF MOTION AND MOTION REGARDING THE SUFFICIENCY OF DISCOVERY OBJECTIONS AND TO COMPEL ANSWERS TO REQUESTS FOR ADMISSION [Fed R.Civ. P.36(a)(6), 37(a)(5)]** to be served by U.S. Mail in sealed envelopes addressed as follows:

| | |
|---|---|
| Patrick B. Embrey/Allan F. Davis<br>Robinson Calcagnie Robinson, et al.<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>adavis@rcrlaw.net<br>pembrey@rcrlaw.net | Attorneys for Plaintiffs,<br>SARA G. MELENA, etc., et al.<br>(949) 720-1288<br>FAX: (949) 720-1292 |
| Kenneth A. Rutan<br>Law Offices of Eric G. Anderson<br>Pacific Center 1<br>1455 Frazee Road, Suite 305<br>San Diego, CA 92108<br>kenneth.rutan@cna.com | Attorneys for Defendant,<br>TECHNICAL, INC.<br>(619) 908-5600<br>FAX (866) 417-1047 |
| Christina Y. Morovati<br>BRAGG AND KULUVA<br>555 South Flower Street, Suite 600<br>Los Angeles, CA 90071<br>cmorovati@braggkuluva.com | Attorneys for Defendant,<br>WSF INDUSTRIES, INC.<br>(213) 612-5335<br>FAX (213) 612-5712 |
| Mark D. Sayre<br>VALOREM LAW GROUP LLP<br>35 E. Wacker Drive, Ste. 3000<br>Chicago, IL 60601<br>mark.sayre@valoremlaw.com | Attorneys for<br><br>312/676-5463<br>FAX: (312) 676-5499 |

/s/
_____
Virginia Zareba