UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA G. MELENA, Individually and as Successor-in-Interest to the Estate of JOSE MELENA; ANTONIO MELENA, Individually; ALMA MELENA, Individually; PEDRO MELENA, Individually; SARA MELENA, Individually; EMMA CORTEZ, Individually; and CHRISTINA MELENA, Individually<br><br>    Plaintiffs,<br><br>vs.<br><br>WSF INDUSTRIES, INC.; IPC SYSTEMS ENGINEERING, INC.; JOHN BEAN TECHNOLOGIES CORPORATION; JBT FOODTECH MADERA; TECHNICAL, INC.; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. CV13-07321 DDP (AGRx)<br><br>**ORDER REGARDING DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS' CLAIMS AGAINST DEFENDANT TECHNICAL, INC.**<br><br>*Removed 10/3/13 From Los Angeles County Superior Court*<br>*(LASC Case No. BC 518576, filed 8/16/13)*<br><br>[CLOSED] |

///

///

///

1  Pursuant to the Stipulation of Dismissal filed concurrently with this Order, the
2  above-entitled action is hereby dismissed with prejudice as to Plaintiffs' claims
3  against Defendant TECHNICAL, INC. **only**.

4

5  IT IS SO ORDERED.

6

7  DATED: March 10, 2016  _____

8  United States District Judge